UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 24-cr-333 (DLF) |
| CARSON REES, : | |
| : | |
| Defendant : | |

## GOVERNMENT'S CONSENT TO MOTION CONTINUE SENTENCING HEARING

The government consents to the defendant's motion to continue his sentencing hearing by 30 days to allow the Probation Office to complete the defendant's Presentence Report. The government also requests that the Court continue the deadline to submit Sentencing Memoranda by 30 days to allow the parties to receive and review the Presentence Report.

Respectfully submitted,

Dated: Jan. 20, 2025

BRIDGET M. FITZPATRICK
Acting United States Attorney
D.C. Bar No. 474946

By:  /s/ Matthew E. Vigeant
MATTHEW E. VIGEANT
Assistant United States Attorney
D.C. Bar No. 144722
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.,
Washington, D.C. 20530
Phone: (202) 252-2423
Email: Matthew.Vigeant@usdoj.gov

1